UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD H. McHAFFIE,

          Plaintiff,

v.                                          Case No.  5:11-cv-18-Oc-10GJK

COMMONWEALTH FINANCIAL SYSTEMS
INC., NORTHEAST CREDIT AND
COLLECTIONS, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES, LLC,

          Defendants.
_____

## ORDER

      Pending before the court is defendants, Commonwealth Financial Systems, Inc. and Northeast Credit and Collections Unopposed Motion for Extension of Time to File Dispositive Motions (Doc. No. 34).   Pursuant to Local Rule 3.01(g), counsel for the movants represents that the other attorneys in the case have been contacted and have no objection to the requested extension of time.  Upon due consideration, the motion is hereby GRANTED and defendants, Commonwealth Financial Systems, Inc. and Northeast Credit and Collections shall have through October 19, 2011 within to file motions for summary judgment.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on October 13, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
	All Counsel